# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**EDDIE POINDEXTER**  **PLAINTIFF**
**ADC #121353**

v.  Case No. 4:23-cv-00875-KGB

**A. WILKINS, Captain,**
**Tucker Unit;** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 14). Plaintiff Eddie Poindexter has not filed any objections to the Recommendation, and the time to file objections has passed. To the extent Mr. Poindexter intended his informal complaint as an objection, the Court has reviewed the record *de novo* when determining whether to adopt the Recommendation (Dkt. No. 15). After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's finding in all respects (Dkt. No. 14). The Court dismisses without prejudice Mr. Poindexter's complaint and amended complaint for failure to state a claim upon which relief may be granted (Dkt. Nos. 2; 12). The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of December, 2024.

Kristine G. Baker
Chief United States District Judge